**Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed November 30, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00685-CV

## IN RE J.G., Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-241961**

## MEMORANDUM OPINION

On September 18, 2023, relator J.G. filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asserts that the order of enforcement by contempt is void and asked that she be released from custody and restraint.

Relator has not established that she is entitled to habeas corpus relief. Accordingly, we deny relator's petition for writ of habeas corpus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.